# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| ARIGNA TECHNOLOGY LIMITED, | § § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:22-CV-126-JRG-RSP |
| NISSAN MOTOR COMPANY, LTD., NISSAN NORTH AMERICA, INC., TESLA, INC., TESLA MOTORS TX, INC., TOYOTA MOTOR CORPORATION, TOYOTA MOTOR NORTH AMERICA, INC., GENERAL MOTORS LLC, ADC AUTOMOTIVE DISTANCE CONTROL SYSTEMS GMBH, CONTI TEMIC MICROELECTRONIC GMBH, CONTINENTAL AG, | § § § § § § § § § § § § § | |
| *Defendants*. | § | |

## ORDER

Before the Court is the Joint Motion for Dismissal with Prejudice (the "Motion") filed by Plaintiff Arigna Technology Limited ("Arigna") and Defendants ADC Automotive Distance Control Systems GmbH, Conti Temic microelectronic GmbH, and Continental AG. (Dkt. No. 348.) In the Motion, the parties jointly move for dismissal with prejudice of all claims in the above-captioned action. (*Id*. at 1.) The parties note that "this dismissal will resolve all remaining claims in this action such that the action may be closed." (*Id*.)

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all claims in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**So ORDERED and SIGNED this 18th day of January, 2023.**

                                                RODNEY GILSTRAP
                                                UNITED STATES DISTRICT JUDGE